IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 08 C 2382 |
| ) | Judge Darrah |
| COUNTRYWIDE HOME LOANS, INC., ) | Magistrate Judge Ashman |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., and DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby gives notice, pursuant to Fed.R.Civ.P. 41(a)(1)(i), of the dismissal of this action without prejudice and with costs to neither party.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

1